JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/22/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 18-5875-WDK-KSx |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONSENT JUDGMENT |
| v. | |
| JAMES WILSON, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, JAMES WILSON, in the total amount of $11,116.93.

Dated: August 22, 2018

WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE